FILED

12/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0047

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 23-0047

TAMARA CHAMBERLAIN,

    Defendant and Appellant,

v.

STATE OF MONTANA,

    Plaintiff and Appellee.

**ORDER**

Upon consideration of Defendant and Appellant's Motion For Extension Of Time, and with good cause shown, Defendant and Appellant Tamera Chamberlain is hereby granted an extension of time until February 9, 2024, in which to prepare, file and serve Defendant and Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2023